**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 162 WAL 2022
                                :
           Respondent               :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
           v.                        :
                                :
                                :
CLINTON REED KUHLMAN,            :
                                :
           Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.